UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY LUCKETT,

        Petitioner,

v.                                     Case No. 07-CV-10118
                                     Honorable John Corbett O'Meara

C. EICHENLAUB,

        Respondent.

_____/

## ORDER DENYING PETITIONER'S PETITION FOR ISSUANCE OF WRIT, HEARING, DECISION PURSUANT TO 28 U.S.C. § 2243 AS MOOT

Petitioner Stanley Luckett, a federal prisoner presently incarcerated at the Federal Correctional Institution in Milan, Michigan, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging that the Bureau of Prison's refusal to consider him for community confinement is a violation of his due process rights pursuant to 18 U.S.C. § 3621(b). Before the Court now is Petitioner's "Petition for Issuance of Writ, Hearing, Decision Pursuant to 28 U.S.C. § 2243," filed October 5, 2007.

On January 8, 2007, Petitioner filed his petition for writ of habeas corpus with this Court. On October 24, 2007, the Court granted his petition for writ of habeas corpus. Therefore, this Court finds that Petitioner's present motion is moot.

Accordingly, **IT IS ORDERED** that Petitioner's "Petition for Issuance of Writ, Hearing,

Decision Pursuant to 28 U.S.C. § 2243," filed October 5, 2007, is **DENIED**. Because the Court addressed Petitioner's petition for writ of habeas corpus filed on January 8, 2007, on October 24, 2007, the Court finds this motion moot.

                                                         s/John Corbett O'Meara
                                                         United States District Judge

Date: October 24, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 25, 2007, by electronic and/or ordinary mail.

                                                         s/William Barkholz
                                                         Case Manager